# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| DAVID JEROME MULLIGAN, | ) |
| Plaintiff, | ) |
| vs. | ) No. 23-CV-00821-W-FJG-SSA |
| LELAND DUDEK,<br>Acting Commissioner, Social Security<br>Administration | ) |
| Defendant. | ) |

## ORDER

This case involves an application for disability insurance benefits under Title II of the Act, 42 U.S.C. §§ 401-34, 1381-85. Because plaintiff was previously found "not disabled" as of April 6, 2016, the relevant period in this case was from April 7, 2016 through September 30, 2017.[1] Plaintiff initially filed his application for benefits on February 12, 2021. Plaintiff's application was twice denied, after which he appealed the denials to an ALJ. After a hearing, on February 8, 2023, the ALJ found plaintiff was not disabled. On September 26, 2023, the Appeals Council denied plaintiff's request for review. Thus, the ALJ's decision stands as the final decision of the Commissioner. The facts and arguments are presented in the parties' briefs and will not be repeated here.

The Eighth Circuit recently stated the standard for judicial review of an ALJ's denial of benefits:

> Our role on review is to determine whether the Commissioner's findings are supported by substantial evidence on the record as a whole. Substantial evidence is less than a preponderance but is enough that a reasonable mind

---

[1] September 30, 2017 was plaintiff's date last insured.

would find it adequate to support the Commissioner's conclusion. In determining whether exiting evidence is substantial, we consider evidence that detracts from the Commissioner's decision as well as evidence that supports it. As long as substantial evidence in the record supports the Commissioner's decision, we may not reverse it because substantial evidence exists in the record that would have supported a contrary outcome or because we would have decided the case differently.

Baker v. Banhart, 457 F.3d 882, 892 (8th Cir. 2006)(citing McKinney v. Apfel, 228 F.3d 860, 863 (8th Cir. 2000)).

The Court has reviewed the parties' briefs, the decision of the ALJ, the transcript of the hearing and the medical and documentary evidence in the file. After careful review, the Court finds substantial evidence in the record to support the Commissioner's decision. Accordingly, it is hereby **ORDERED** that the decision of the Commissioner is hereby **AFFIRMED.**

**IT IS SO ORDERED.**

Date: March 27, 2025  **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri  Fernando J. Gaitan, Jr.
United States District Judge