UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| DAVID JEROME MULLIGAN,<br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LELAND DUDEK,<br>Commissioner of Social Security,<br>　　　　　　Defendant. | )<br>)<br>)<br>)　　Case 23-00821-CV-W-FJG-SSA<br>)<br>)<br>)<br>)<br>) |

__　__　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__　Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED** that

Plaintiff's request to reverse the final decision of the Administrative Law Judge is DENIED. It is further

**ORDERED** that

The decision is hereby AFFIRMED.

　March 27, 2025　　　　　　　　　　　Paige Wymore-Wynn
Date　　　　　　　　　　　　　　　　　Clerk

Entered on:　March 27, 2025　　　　　　／s／ Christy Anderson
　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk
#